NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# Duane Morris

FIRM and AFFILIATE OFFICES

ANTHONY J. COSTANTINI
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
E-MAIL: AJCostantini@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

January 14, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Lovati et al v. Petróleos de Venezuela, S.A. – 20-cv-00269

Your Honor:

We represent the plaintiffs in the above-captioned case. We write to respectfully request authorization to correct the docket in this matter.

On January 10, 2020, we electronically filed the Complaint in this matter using PACER and, in so doing, we inadvertently filed Exhibit A to the Complaint as an attachment to the Civil Cover Sheet rather than an attachment to the Complaint. We therefore respectfully request that the Court authorize the Clerk of the Court to correct the ECF docket so that Exhibit A is included in the docket entry for the Complaint (ECF No. 1) rather than the Civil Cover Sheet (ECF No. 2) in order to avoid the possibility of confusion.

Very truly yours,

*/s/ Anthony J. Costantini*
Anthony J. Costantini

AJC/gg

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\6292551.1