| | | |
|---|---|---|
| NEW YORK | **Duane Morris** | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1032 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4715 | CHERRY HILL |
| SHANGHAI | E-MAIL: AJCostantini@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

January 24, 2020

**VIA EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Lovati et al v. Petroleos de Venezuela, S.A.*, **20-Civ-00269;**
               *Petroleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*,
               **19-Civ-10023 (related)**

Your Honor:

      We represent the plaintiffs in the above-captioned *Lovati* case, which you have accepted as related to *Petroleos de Venezuela, S.A. v. MUFG Union Bank*, 19-Civ-10023 ("MUFG case"). Both of these cases concern the legality of the 2020 bonds issued by Petroleos de Venezuela, S.A. ("PDVSA"). We are aware that you have approved a schedule for the *MUFG* case, and we have no desire to add to the burdens of the Court or the respective litigants.

      We have been contacted by counsel for PDVSA, and discussed a possible stay at the *Lovati* case, pending the outcome of the *MUFG* case. We would be amenable to such a stay, provided that we have contemporaneous access to all discovery in the *MUFG* case, including attendance at any depositions. Since any such resolution would involve the Court and all the parties to the *MUFG* case, some of whom are not parties to the *Lovati* litigation, we would respectfully request a conference with the Court attended by all parties to either of the cases involving the 2020 Bonds. We have copied all counsel on this request.

DuaneMorris

The Honorable Katherine Polk Failla
January 24, 2020
Page 2

    Thank you for your consideration of our proposal.

                                             Very truly yours,

                                             /s/ Anthony J. Costantini
                                             Anthony J. Costantini

AJC/gg

cc:  Kurt W. Hansson, Esq.
      James R. Bliss, Esq.
      James Worthington, Esq.
      Tariq Mundiya, Esq.
      Christopher J. Clark, Esq.

DM3\6309831.1