NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

ANTHONY J. COSTANTINI
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
E-MAIL: AJCostantini@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

January 27, 2020

**VIA EMAIL**
Kurt W. Hansson, Esq.
James R. Bliss, Esq.
James Worthington, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York  10166

Tariq Mundiya, Esq.
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10019

Christopher J. Clark, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York  10022

Re:  *Lovati et al v. Petroleos de Venezuela, S.A.*, 20-Civ-00269;
*Petroleos de Venezuela, S.A. v. MUFG Union Bank, N.A.*,
19-Civ-10023 (related)

Gentlemen:

    Judge Failla has ordered that I distribute the attached Order to you.  The Order sets a conference of all parties to the above-captioned cases on February 6 at 4 P.M. in Judge Failla's courtroom.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\6313347.1

DuaneMorris

Kurt W. Hansson, Esq.
James R. Bliss, Esq.
James Worthington, Esq.
Tariq Mundiya, Esq.
Christopher J. Clark, Esq.
January 13, 2020
Page 2

    I would be happy to discuss our proposal and any counter-proposals with all of you at any time before the conference that might be convenient to you. Please let me know your availability as soon as you can.

                             Very truly yours,

                             Anthony J. Costantini

AJC/gg

cc: The Honorable Katherine Polk Failla
     Kevin P. Potere, Esq.

DM3\6313347.1